## Hammerle et al. *v.* Kessler, Admr., Appellant.

Opinion by Mr. Justice Maxey, May 17, 1933:

By a stipulation filed in the above entitled case it was agreed that the decision in this case should follow that in the case of Joseph Wiesheier et al. v. Joseph A. Kessler, Administrator of the Estate of Harry A. Kessler, Deceased, indexed to No. 52, March Term, 1933.

Therefore, the judgment of the court below is affirmed.